IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Kelvin Lee Nickerson, # 241213 | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 4:08-0488-TLW-TER |
| | ) | |
| vs. | ) | |
| | ) | |
| John Doe; and Kelli G. Maddox, | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

Kelvin Lee Nickerson, ("plaintiff"), brought this civil action *pro se* pursuant to 42 U.S.C. § 1983 on February 14, 2008. (Doc. # 1). This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Thomas E. Rogers, III, to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that the case be dismissed without prejudice under Rule 4(m) and Rule 41(b) of the Federal Rules of Civil Procedure and that the plaintiff's motion for default judgment be denied. (Doc. # 24) Objections were due by May 14, 2010. Plaintiff has filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report of the Magistrate Judge, this Court is not required

to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. # 24). Therefore, this case is **DISMISSED** without prejudice. Additionally, the plaintiff's motion for default judgment is **DENIED**. (Doc. # 16).

**IT IS SO ORDERED**.

    s/Terry L. Wooten    
United States District Judge

July 21, 2010
Florence, South Carolina