AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Kelvin Lee Nickerson<br>*Plaintiff*<br>v.<br>John Does, Kelli G. Maddox<br>*Defendant* | )<br>)<br>)<br>)<br>) | Civil Action No.   4:08-cv-488-TLW |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: It is hereby ORDERED that the Magistrate Judges Report and Recommendation is ACCEPTED .

Therefore, this case is DISMISSED without prejudice for failure of service of process and under Rule 41(b).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, United States District Judge.

Date:   July 21, 2010                                    *CLERK OF COURT*

                                                         s/Debbie Stokes
                                                         *Signature of Clerk or Deputy Clerk*